UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DARRELL WAYNE HUGHES, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARK LEVENHAGEN, )<br>)<br>Respondent. ) | 2:13-cv-76-JMS-MJD |

**Entry and Order Dismissing Action**

**I.**

This is an action brought by an Indiana prisoner who seeks habeas corpus relief with respect to a prison disciplinary proceeding, WVE-97-10-0201. On March 5, 2013, the petitioner was directed to file an amended petition for writ of habeas corpus and to do so not later than March 29, 2013. No amended petition for writ of habeas corpus has been filed. No filing referencing the Entry of March 5, 2013, has been made.

The court concludes based on the foregoing that the petitioner has abandoned the action, which shall be dismissed without prejudice.

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 04/02/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Darrell Wayne Hughes   960992
Westville Correctional Facility
Inmate Mail/Parcels
5501 South 1100 West
Westville, IN 46391